**FILED**
September 21, 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____CD_____
DEPUTY

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICAN** ) | |
| ) | |
| v. ) | **MAGISTRATE NO. SA-20-MJ-1128** |
| ) | |
| **JAYLYN CHRISTOPHER MOLINA (1)** ) | |
| **KRISTOPHER SEAN MATTHEWS (2)** ) | |

## MOTION TO UNSEAL CRIMINAL COMPLAINT, SUPPORTING AFFIDAVIT, AND ARREST WARRANT

TO THE HONORABLE COURT:

The United States of America, by and through the United States Attorney for the Western District of Texas, files this its Motion to Unseal the Criminal Complaint, Supporting Affidavit, Arrest Warrants, and in support would show this Honorable Court:

I.

The disclosure of the above described Criminal Complaint, Supporting Affidavit, and Arrest Warrants no longer jeopardizes the investigation as the defendants have been arrested in Tennessee and San Antonio. However, the Government would request that the Clerk of the Court be ordered to unseal these materials at the initial appearance in Tennessee and San Antonio.

WHEREFORE, premises considered, the Government respectfully requests that the Clerk of the Court be ordered to unseal the Criminal Complaint, Supporting Affidavit, Arrest Warrants,

and this Motion.

        Respectfully submitted,

        JOHN F. BASH
        United States Attorney

           /s/
By:  _____
        MARK ROOMBERG
        Assistant United States Attorney
        State Bar No. 24062266
        601 N.W. Loop 410, Suite 600
        San Antonio, TX   78216
        Ph: 210-384-7025
        Fax: 210-384-7028