FILED
September 21, 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____CD_____
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICAN** ) | |
| ) | |
| **vi.** ) | **MAGISTRATE NO. SA-20-MJ-1128** |
| ) | |
| **JAYLYN CHRISTOPHER MOLINA (1)** ) | |
| **KRISTOPHER SEAN MATTHEWS (2)** ) | |

## ORDER

Came on this date to be considered the Government's Motion to unseal the Criminal Complaint, Supporting Affidavit, and Arrest Warrants.

After considering the same, the Court is of the opinion that it should be granted.

IT IS HEREBY ORDERED that the Clerk of the Court unseal the Criminal Complaint, Supporting Affidavit, and Arrest Warrants.

SIGNED AND ENTERED, this __21st__ day of September, 2020.

_____
RICHARD B. FARRER
United States Magistrate Judge